# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| MARY ELISE TAGGART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-04121-CV-C-NKL |
| | ) | |
| TRUE NORTH OF COLUMBIA, INC., | ) | August 3, 2011 |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MINUTE SHEET

HONORABLE Nanette K. Laughrey presiding at Jefferson City, Missouri.
==================================================================
Nature of Proceeding: Teleconference
Time: 9:32 a.m. - 9:42 a.m.

Plaintiff by: George Smith and Mary Taggart
Defendant by: Robert Ortbals, Jr.
Custodian of Records, Division of Employment Security by: Bart Matanic

Comments:
Teleconference held.

Motion to Quash Subpoena [Doc. 16].  Mr. Smith stated plaintiff will not consent to the release of her unemployment records.  The Court denied the motion. Mr. Matanic requested a protective order.  The Court granted the request and ordered that the documents are limited to use in this litigation only.   The Court requires the documents to remain confidential until there is a particular use for them, such as in a  summary judgment motion.

Motion to Withdraw as Counsel of Record [Doc. 22] filed by George Smith.  The Court granted the motion and told Mr. Smith that in the future he needs to secure his fees prior to filing a law suit so this situation does not happen again.  The Court told Ms. Taggart that she has the right to represent herself in this litigation  and will be required to follow all deadlines imposed by the court and comply with all rules of the court.   Ms. Taggart stated she does not wish to pursue this case and requested the Court voluntarily dismiss her lawsuit with prejudice.  The defendant had no objection.  The Court dismissed the case with prejudice.

Court Reporter: None                    By: Renea Kanies, Courtroom Deputy